24-1311 C&M Resources v. Extraction Oil and Gas Eric Walther,